IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20597
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RICHARD LOPEZ-OROSCO,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-98-CR-24-1
- - - - - - - - - -
February 9, 1999

Before BARKSDALE and EMILIO M. GARZA, Circuit Judges.[*]

PER CURIAM:[**]

Richard Lopez-Orosco ("Orosco") appeals the sentence from his guilty-plea conviction for possessing with intent to distribute and for importing into the United States 100 grams or more of a mixture or substance containing heroin. Orosco argues that the district court clearly erred in denying him a reduction in offense level for being a minimal or minor participant. See U.S.S.G. § 3B1.2(a),(b). We have carefully reviewed the

_____

[*]This matter is being decided by a quorum. 28 U.S.C. § 46(d).

[**] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

arguments and the appellate record.  Orosco has failed to demonstrate that the district court clearly erred in its finding. See United States v. Zuniga, 18 F.3d 1254, 1261 (5th Cir. 1994).

AFFIRMED.